UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>          v.<br>CARLOS GHOSN, GREG KELLY, NISSAN MOTOR CO., LTD., HIROTO SAIKAWA, HIROSHI KARUBE, and JOSEPH G. PETER,<br><br>   Defendants. | Civil Action No. 3:18-cv-01368<br><br>CLASS ACTION<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## MOTION OF DEFENDANT JOSEPH G. PETER FOR JUDGMENT ON THE PLEADINGS

Defendant Joseph G. Peter ("Mr. Peter") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings.

In support of this Motion, Mr. Peter submits the accompanying Memorandum of Law demonstrating that judgment in Mr. Peter's favor is warranted because (i) with respect to Count I (violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5) Plaintiffs have not pled specific facts giving rise to an inference of scienter as to Mr. Peter that is at least as strong as the non-culpable inference supported by the Securities and Exchange Commission's ("SEC's") public exoneration of Mr. Peter and the SEC's findings that Mr. Peter himself was deceived in connection with the scheme alleged in the Amended Complaint; and (ii) with respect to Count II (violation of Section 20(a) of the Exchange Act) Plaintiffs have failed to plead specific facts demonstrating that Mr. Peter culpably participated in any alleged primary violation of Section 10(b) and Rule 10b-5.

WHEREFORE, for all of the reasons set forth in this Motion and the accompanying Memorandum of Law, Mr. Peter respectfully requests that this Court grant judgment on the pleadings in his favor on all claims asserted against him.

Dated: March 5, 2021

Respectfully submitted,

*/s/ L. Webb Campbell II*
L. Webb Campbell II (No. 011238)
John L. Farringer IV (No. 022783)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Ste. 1100
Nashville, Tennessee 37201
Phone: (615) 742-4200
Fax: (615) 742-4539
Wcampbell@srvhlaw.com
Jfarringer@srvhlaw.com


*/s/ Michael Kichline*
Michael Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
Amanda F. Lashner (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215-963-5000
Fax: 215-953-5001
michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com
amanda.lashner@morganlewis.com

*Attorneys for Defendant Joseph G. Peter*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this 5th day of March, 2021:

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Christopher M. Wood
Christopher H. Lyons
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
cwood@rgrdlaw.com
clyons@rgrdlaw.com

Darren J. Robbins
Debashish Bakshi
Robbins Geller Rudman & Dowd LLP
655 W. Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com
dbakshi@rgrdlaw.com

Mary K. Blasy
Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP
58 S Service Road, Suite 200
Melville, NY 11747
mblasy@rgrdlaw.com
srudman@rgrdlaw.com

Elizabeth O. Gonser
Riley Warnock & Jacobsen, PLC
1906 West End Avenue
Nashville, TN 37203
egonser@rwjplc.com

Alexia D. Korberg
Audra J. Soloway
Ameya S. Ananth
Brad S. Karp
Jacobus S. Schutte
Michael E. Gertzman
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
akorberg@paulweiss.com
asoloway@paulweiss.com
aananth@paulweiss.com
bkarp@paulweiss.com
jschutte@paulweiss.com
mgertzman@paulweiss.com

John W. Peterson
Michael A. Malone
Rachel H. Berg
Polsinelli P.C.
401 Commerce Street, Suite 900
Nashville, TN 37203
john.peterson@polsinelli.com
mmalone@polsinelli.com
rberg@polsinelli.com

James D. Wareham
Elizabeth J. Lo Presti
Fried, Frank, Harris, Shriver & Jacobson
801 17th Street NW
Washington, DC 20006
james.wareham@friedfrank.com
elizabeth.lopresti@friedfrank.com

Israel David
Michael A. Kleinman
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
israel.david@friedfrank.com
Michael.kleinman@friedfrank.com


Overton Thompson III
Joseph B. Crace, Jr.
Bass, Berry & Sims
150 Third Ave. South, Suite 2800
Nashville, TN 37201
othompson@bassberry.com
jacrace@bassberry.com

Peter A. Wald (admitted *pro hac vice*)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
peter.wald@lw.com

Christopher S. Turner (admitted *pro hac vice*)
Melissa A. Sherry (admitted *pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Christopher.turner@lw.com
Melissa.sherry@law.com

John S. Hicks
Christopher E. Thorsen
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com
cthorsen@bakerdonelson.com

                                        */s/ Michael Kichline*