UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GHOSN, et al., <br><br> Defendants. | Case No. 3:18-cv-01368 <br><br> Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## **ORDER**

On March 5, 2021, Defendant Joseph Peter filed a motion for judgment on the pleadings. (Doc. No. 179.) Pursuant to the Court's Local Rule 7.01(a), any response in opposition shall be filed by no later than 14 days after service of the motion. M.D. Tenn. Rule 7.01(a)(3). Any optional reply may be filed within 7 days of service of the response. M.D. Tenn. Rule 7.01(a)(4).

All motions related to the motion for judgment on the pleadings, including motions for extensions of time and to seal related documents, shall be addressed by Judge Campbell unless referred to the Magistrate Judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge