UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CARLOS GHOSN, et al.,<br><br>      Defendants. | Civil Action No. 3:18-cv-01368<br><br>CLASS ACTION<br><br>Hon. William L. Campbell, Jr.<br>Magistrate Judge Alistair Newbern<br><br>JOINT MOTION TO STAY ALL DEADLINES |

Defendant Nissan Motor Co., Ltd. ("Nissan") and Plaintiffs Jackson County Employees' Retirement System and Providence Employees Retirement System (collectively, the "Parties") file this Joint Motion to Stay All Deadlines ("Joint Motion"). The Parties respectfully request that the Court stay all deadlines in the above-captioned action in anticipation that, within 40 days, the Parties will file a Stipulation of Settlement that will, subject to approval by the Court, resolve all claims in the above-captioned action. Defendants do not oppose this Joint Motion.

DATED: September 27, 2021    ROBBINS GELLER RUDMAN & DOWD LLP
                  JERRY E. MARTIN, #20193
                  CHRISTOPHER M. WOOD, #032977
                  CHRISTOPHER H. LYONS, #034853

                    s/ Christopher M. Wood
                    CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
jmartin@rgrdlaw.com
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
ERIC I. NIEHAUS
DEBASHISH BAKSHI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
ericn@rgrdlaw.com
dbakshi@rgrdlaw.com

Lead Counsel for Lead Plaintiff

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiff

DATED: September 27, 2021

BASS, BERRY & SIMS
OVERTON THOMPSON III (BPR 11163)
JOSEPH B. CRACE, JR. (BPR 27753)

s/ Overton Thompson III
OVERTON THOMPSON III

150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: 615/742-6200
615/742-6293 (fax)
othompson@bassberry.com
jcrace@bassberry.com

LATHAM & WATKINS LLP
PETER A. WALD (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415/391-0600
415/395-8095 (fax)
peter.wald@lw.com

LATHAM & WATKINS LLP
CHRISTOPHER S. TURNER (admitted *pro hac vice*)
MELISSA ARBUS SHERRY (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202/637-2200
202/637-2201 (fax)
christopher.turner@lw.com
melissa.sherry@lw.com

Counsel for Defendant Nissan Motor Co., Ltd.

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing system on September 27, 2021, which caused an electric copy of this document to be served on all counsel of record in this matter.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD