UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS GHOSN, et al.,<br><br>Defendants. | Civil Action No. 3:18-cv-01368<br><br><u>CLASS ACTION</u><br><br>Hon. William L. Campbell, Jr.<br>Magistrate Judge Alistair Newbern<br><br>PLAINTIFFS' MOTION FOR (i) PRELIMINARY APPROVAL OF SETTLEMENT; (ii) CLASS CERTIFICATION; AND (iii) APPROVAL OF NOTICE TO THE CLASS |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all pleadings and records on file in this case, Plaintiffs Jackson County Employees' Retirement System and Providence Employees Retirement System, hereby move the Court for an order: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of giving notice of the proposed settlement to the Class; (3) preliminarily granting class certification for settlement purposes; and (4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.

DATED: April 22, 2022            Respectfully submitted,


                                                    s/ Christopher M. Wood
                                              CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
  & DOWD LLP
JERRY E. MARTIN, #20193
CHRISTOPHER M. WOOD, #032977
CHRISTOPHER H. LYONS, #034853
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
jmartin@rgrdlaw.com
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
ELLEN GUSIKOFF STEWART
ERIC I. NIEHAUS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
elleng@rgrdlaw.com
ericn@rgrdlaw.com

Lead Counsel for Lead Plaintiff

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Lead Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
 & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:18-cv-01368 Jackson County Employees' Retirement System v. Ghosn et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ameya S. Ananth**
  aananth@paulweiss.com

- **Rachel H. Berg**
  RBERG@POLSINELLI.COM,aedwards@polsinelli.com,nashvilledocketing@polsinelli.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **L. Webb Campbell , II**
  wcampbell@srvhlaw.com,Bparrish@srvhlaw.com

- **Joseph B. Crace , Jr**
  jcrace@bassberry.com,llewis@bassberry.com,birving@bassberry.com

- **Israel David**
  Israel.David@friedfrank.com

- **John L. Farringer , IV**
  jfarringer@srvhlaw.com,ycantrell@srvhlaw.com

- **Michael E. Gertzman**
  mgertzman@paulweiss.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,nnguyen@rjfirm.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,lkroll@bakerdonelson.com,mbarrass@bakerdonelson.com,khuskey@bakerdonelson.com

- **Elizabeth J. Kalanchoe**
  Elizabeth.LoPresti@friedfrank.com,managingattorneysdepartment@friedfrank.com

- **Brad S. Karp**
  bkarp@paulweiss.com

- **Michael L. Kichline**
  michael.kichline@morganlewis.com

- **Zachary A. Kisber**
  zkisber@bakerdonelson.com,dhardin@bakerdonelson.com

- **Michael A. Kleinman**
  Michael.Kleinman@friedfrank.com

- **Alexia D. Korberg**
  akorberg@paulweiss.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com,e_file_sd@rgrdlaw.com,clyons@ecf.courtdrive.com

- **Michael A. Malone**
  mmalone@polsinelli.com,aedwards@polsinelli.com,NashvilleDocketing@Polsinelli.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,jkarsten@barrettjohnston.com,ealexander@barrettjohnston.com,jmartin@rgrdlaw.com

- **Laura Hughes McNally**
  laura.mcnally@morganlewis.com

- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew J. Peters**
  matthew.peters@lw.com

- **John W. Peterson**
  john.peterson@polsinelli.com,ncassidy@polsinelli.com,mknoop@polsinelli.com,aedwards@polsinelli.com,Rberg@polsinelli.com,ehodge@polsinelli.com,nashvilledo

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Jacobus J. Schutte**
  jschutte@paulweiss.com

- **Melissa Arbus Sherry**
  melissa.sherry@lw.com

- **Audra J. Soloway**
  asoloway@paulweiss.com

- **Ellen Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Overton Thompson , III**
  othompson@bassberry.com,allison.acker@bassberry.com,lbilbrey@bassberry.com

- **Christopher E. Thorsen**
  cthorsen@bakerdonelson.com,mbarrass@bakerdonelson.com

- **Christopher S. Turner**
  christopher.turner@lw.com,sflitigationservices@lw.com,christopher-turner-6162@ecf.pacerpro.com

- **Peter A. Wald**
  peter.wald@lw.com,sflitigationservices@lw.com,peter-wald-7073@ecf.pacerpro.com

- **James D. Wareham**
  James.Wareham@friedfrank.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Hiroshi Karube
,
```