UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS GHOSN, et al.,<br><br>Defendants. | Civil Action No. 3:18-cv-01368<br><br>CLASS ACTION<br><br>Hon. William L. Campbell, Jr.<br>Magistrate Judge Alistair Newbern<br><br>FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

This matter came before the Court for hearing pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order") dated May 26, 2022, on the application of the Settling Parties for approval of the Settlement set forth in the Stipulation of Settlement dated April 22, 2022 (the "Stipulation"). Due and adequate notice having been given to the Class as required in the Preliminary Approval Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Final Judgment and Order of Dismissal with Prejudice ("Order and Final Judgment" or "Judgment") incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set forth herein.

2. This Court has jurisdiction over the subject matter of the Litigation and over all Settling Parties to the Litigation, including all Members of the Class.

3.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby affirms its determinations in the Preliminary Approval Order and finally certifies for purposes of settlement only: (i) a Class defined as all Persons who, between May 11, 2014 and November 16, 2018, inclusive, purchased or otherwise acquired Nissan American Depositary Receipts on the over-the-counter market and all citizens and residents of the United States who, between May 11, 2014 and November 16, 2018, inclusive, purchased or otherwise acquired Nissan common stock and (ii) Robbins Geller Rudman & Dowd LLP as Class Counsel.  Excluded from the Class are Nissan, Carlos Ghosn, Greg Kelly, Hiroto Saikawa, Hiroshi Karube and Joseph G. Peter, current and former officers of Nissan, members of their immediate families and their legal representatives, heirs, successors or assign, agents, and any entity in which any Defendant, an immediate family member or a nominee has or had a controlling interest.  Also excluded from the Class are those Persons who timely and validly requested exclusion from the Class as set forth in Exhibit A hereto.

4.      For purposes of settlement only, the Court hereby affirms its determinations in the Preliminary Approval Order and finds that the prerequisites for a class action under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been satisfied in that: (a) the Members of the Class are so numerous that joinder of all Class Members in the class action is impracticable; (b) there are questions of law and fact common to the Class which predominate over any individual question; (c) the claims of the Plaintiffs are typical of the claims of the Class; (d) Plaintiffs and their counsel have fairly and adequately represented and protected the interests of the Class Members; and (e) a class action is superior to other available methods for the fair and efficient adjudication of the controversy, considering: (i) the interests of the Members of the Class in individually controlling the prosecution of the separate actions, (ii) the extent and nature of any litigation concerning the controversy already commenced by Members of the Class, (iii) the desirability or undesirability of

concentrating the litigation of these claims in this particular forum, and (iv) the difficulties likely to be encountered in the management of the class action.

5. Pursuant to Federal Rule of Civil Procedure 23, this Court hereby approves the Settlement set forth in the Stipulation and finds that: (a) said Stipulation and the Settlement contained therein are, in all respects, fair, reasonable and adequate and in the best interest of the Class; (b) there was no collusion in connection with the Stipulation; (c) the Stipulation was the product of informed, arm's-length negotiations among competent, able counsel; and (d) the record is sufficiently developed and complete to have enabled the Settling Parties to have adequately evaluated and considered their positions.

6. Accordingly, the Court authorizes and directs implementation of the terms and provisions of the Stipulation, as well as the terms and provisions hereof. Except as to any individual claim of those Persons (identified in Exhibit A attached hereto) who have validly and timely requested exclusion from the Class, the Court hereby dismisses with prejudice and without costs, the Litigation and all claims contained therein and all of the Released Claims as against the Released Persons, except as and to the extent provided in the Stipulation and herein.

7. Upon the Effective Date hereof, and as provided in the Stipulation, Class Representatives and each and all of the Class Members, other than those listed on Exhibit A hereto, and anyone claiming through or on behalf of any of them, including, but not limited to, their predecessors, agents, representatives, attorneys, affiliates, heirs, executors, administrators, successors, and assigns, shall be deemed to have, and by operation of this Order and Final Judgment shall have, fully, finally, and forever waived, released, relinquished, and discharged all Released Claims (including, without limitation, Unknown Claims), as well as any claims arising out of, relating to, or in connection with, the defense, settlement, or resolution of the Litigation or the

Released Claims, against the Released Persons, regardless of whether such Class Member executes and delivers a Proof of Claim and Release form, except that claims relating to the enforcement of the Settlement shall not be released.

8. Upon the Effective Date hereof, and as provided in the Stipulation, each of the Released Persons shall be deemed to have, and by operation of this Order and Final Judgment shall have, fully, finally, and forever released, relinquished, and discharged Class Representatives, each and all of the Class Members, and Class Representatives' Counsel from all Settled Defendants' Released Claims, and shall forever be enjoined from prosecuting such claims, except for claims relating to the enforcement of the Settlement.

9. Upon the Effective Date hereof, and as provided in the Stipulation, Class Representatives, each and all of the Class Members, other than those listed on Exhibit A hereto, and anyone claiming through or on behalf of any of them, including, but not limited to, their predecessors, agents, representatives, attorneys, affiliates, heirs, executors, administrators, successors, and assigns, are forever barred and enjoined from commencing, instituting, asserting, maintaining, enforcing, prosecuting, or continuing to prosecute any action or proceeding in any forum (including, but not limited to, any state or federal court of law or equity, any arbitral forum, any tribunal, administrative forum, or the court of any foreign jurisdiction, or any other forum of any kind), any of the Released Claims (including, without limitation, Unknown Claims), as well as any claims arising out of, relating to, or in connection with, the defense, settlement or resolution of the Litigation or the Released Claims, against any or all of the Released Persons, regardless of whether such Class Member executes and delivers a Proof of Claim and Release form, except that claims relating to the enforcement of the Settlement shall not be released.

10. The terms of the Stipulation and of this Order and Final Judgment shall be forever binding on Class Representatives, all other Class Members, and Defendants (regardless of whether or not any individual Class Member submits a Proof of Claim and Release or seeks or obtains a distribution from the Net Settlement Fund), as well as their respective, heirs, executors, administrators, predecessors, successors, and assigns.

11. The Escrow Agent shall maintain the Settlement Fund in accordance with the requirements set forth in the Stipulation. No Released Person shall have any liability, obligation, or responsibility whatsoever for the administration of the Settlement or disbursement of the Net Settlement Fund.

12. The Notice of Proposed Settlement of Class Action given to the Class in accordance with the Preliminary Approval Order entered on May 26, 2022, was the best notice practicable under the circumstances, to all Persons entitled to such notice, of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation. Said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, the requirements of the PSLRA, and all other applicable law and rules. No Class Member is relieved from the terms of the Settlement, including the releases provided for therein, based on the contention or proof that such Class Member failed to receive actual or adequate notice. A full opportunity has been offered to the Class Members to object to the proposed Settlement and to participate in the hearing thereon. The Court further finds that the notice provisions of the Class Action Fairness Act, 28 U.S.C. §1715 were fully discharged and that the statutory waiting period has elapsed. Thus, the Court hereby determines that all Members of the Class are bound by this Judgment.

13. Separate orders shall be entered regarding the proposed Plan of Allocation and Class Counsel's motion for attorneys' fees and expenses as allowed by the Court. Any plan of allocation

submitted by Class Counsel or any order entered regarding any attorneys' fee and expense application shall in no way disturb or affect this Judgment and shall be considered separate from this Judgment.

14. Neither this Order and Final Judgment, the Stipulation, the Supplemental Agreement, nor any of their terms or provisions, nor any of the negotiations, discussions, proceedings connected thereto, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any of the allegations in the Litigation or of the validity of any Released Claim, or of any wrongdoing or liability of the Released Persons; or (b) is, or shall be deemed to be, or shall be used as an admission of any fault or omission of any Released Person in any statement, release, or written documents issued, filed, or made; or (c) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Released Persons in any civil, criminal, or administrative proceeding in any court, arbitration proceeding, administrative agency, or forum or tribunal in which the Released Persons are or become parties; or (d) is or may be deemed to be or may be used as an admission or evidence that any claims asserted by Class Representatives were not valid or that the amount recoverable was not greater than the Settlement Amount, in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. The Released Persons, Class Representatives, Class Members, and their respective counsel may file the Stipulation and/or this Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim. The Settling Parties may file the Stipulation and/or

- 6 -
Case 3:18-cv-01368   Document 265   Filed 10/07/22   Page 6 of 12 PageID #: 4723

this Judgment in any proceedings that may be necessary to consummate or enforce the Stipulation, the Settlement, or the Judgment.

15. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing exclusive jurisdiction over: (a) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees and expenses and interest in the Litigation; and (d) all Settling Parties hereto for the purpose of construing, enforcing, and administering the Stipulation.

16. The Court finds that during the course of the Litigation, Plaintiffs and Defendants and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

17. In the event that the Settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to Nissan as required under the terms of the Stipulation, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

18. Without further approval from the Court, the parties are hereby authorized to agree and to adopt such amendments or modifications of the Stipulation or any exhibits attached thereto to effectuate the Settlement that: (i) are not materially inconsistent with this Order and Final Judgment; and (ii) do not materially limit the rights of Class Members in connection with the Settlement.

- 7 -
Case 3:18-cv-01368   Document 265   Filed 10/07/22   Page 7 of 12 PageID #: 4724

Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

19. The Court directs immediate entry of this Judgment by the Clerk of the Court.

IT IS SO ORDERED.

DATED: 10/7/2022

THE HONORABLE WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|    | Excluded Party | Sub-funds |
|----|---|---|
| 1  | Vladimir Karpinsky | |
| 2  | James Edward Ryan | |
| 3  | ECM Master Fund, Effissimo Capital Management Pte Ltd, Attn Director Hisaaki Sato | |
| 4  | ALPS Advisors | ALPS International Sector Dividend Dogs ETF |
| 5  | First Trust Exchange- Traded AlphaDEX Fund II | First Trust Developed Markets ex-US AlphaDEX Fund |
|    |  | First Trust Japan AlphaDEX Fund |
| 6  | First Trust Exchange -Traded Fund II | First Trust NASDAQ Global Auto Index Fund |
| 7  | First Trust Exchange -Traded Fund III | First Trust Horizon Managed Volatility Developed International ETF |
|    |  | First Trust RiverFront Dynamic Asia Pacific ETF |
|    |  | First Trust RiverFront Dynamic Developed International ETF |
| 8  | First Trust Exchange-Traded Fund VI | Developed International Equity Select ETF |
| 9  | Wells Fargo Funds Trust | Wells Fargo Diversified International Fund |
| 10 | Wells Fargo Master Trust | Wells Fargo International Value Portfolio |
| 11 | Vanguard International Equity Index Funds | Vanguard FTSE All World ex-US Index Fund |
|    |  | Vanguard Pacific Stock Index Fund |
|    |  | Vanguard Total World Stock Index Fund |
| 12 | Vanguard Star Funds | Vanguard Total International Stock Index Fund |
| 13 | Vanguard Tax-Managed Funds | Vanguard Developed Markets Index Fund (127) |
|    |  | Vanguard Developed Markets Index Fund (950) |
| 14 | Vanguard Whitehall Funds | Vanguard International High Dividend Yield Index Field |
| 15 | Vanguard World Fund | Vanguard ESG International Stock ETF |
| 16 | Vanguard Fiduciary Trust Company Pacific Stock Index Trust | Vanguard Pacific Stock Index Trust (Fund 737) |
| 17 | DFA Investment Dimensions Group Inc | International Core Equity Portfolio |
|    |  | International High Relative Profitability Portfolio |
|    |  | International Sustainability Core 1 Portfolio |
|    |  | International Vector Equity Portfolio |
|    |  | Large Cap International Portfolio |
|    |  | T.A. World ex U.S. Core Equity Portfolio |
|    |  | Tax-Managed DFA International Value Portfolio |
|    |  | VA International Value Portfolio |
|    |  | World ex U.S. Core Equity Portfolio |
| 18 | DFA Investment Trust Company | DFA international Value Series |
| 19 | Lockheed Martin Investment Management Corp | Lockheed Martin Corporation Defined Contribution Plans Master Trust, DCMT TDF NON-U.S. HEXAVEST |
|    |  | Lockheed Martin Corporation Master Retirement Trust, LOCKHEED HEED HEXAVEST GLOBAL |
| 20 | SPDR Index Shares Fund | SPDR MSCI ACWI Low Carbon Target ETF |
|    |  | SPDR MSCI EAFE StrategicFactors ETF |
|    |  | SPDR MSCI World StrategicFactors ETF |
|    |  | SPDR Solactive Japan ETF |
|    |  | SPDR Portfolio Developed World ex-US ETF |
|    |  | SPDR Portfolio MSCIGlobal Stock Market ETF |
|    |  | SPDR MSCI ACWI ex-US ETF |
|    |  | SPDR MSCI EAFE Fossil Fuel Reserves Fee ETF |
| 21 | Global Managed Common Trust Funds, State Street Global Advisors Trust Co as TTEE | State Street World Enhance Securities Lending Common Trust Fund |
| 22 | Investment Funds for Tax Exempt Retirement Plans, State Street Global Advisors Trust Co as TTEE | State Street Daily MSCI EAFE Index Non-Lending Fund |
|    |  | State Street International Index Securities Lending Series Fund |
|    |  | State Street MSCI ACWI Minimum Volatility Index Non-Lending QIB Fund |
|    |  | State Street MSCI EAFE Consumer Discretionary Index Non-Lending Fund |
|    |  | State Street MSCI Japan Index Non-Lending Fund |
|    |  | State Street World Developed Ex-US Index Securities Lending Series Fund |
|    |  | State Street World Ex-US Index Non-Lending Series Fund |
| 23 | SSga MSCI ACWI EX-USA Index Non-Lending Daily Trust, State Street Global Advisors Trust Co as TTEE | |
| 24 | State Street Institutional Investment Trust | State Steet Global All Cap Equity ex-U.S. Index Portfolio |
| 25 | State Street Master Funds | State Street International Developed Equity Index Portfolio |

|    | Excluded Party                                                  | Sub-funds                                                                                  |
|----|-----------------------------------------------------------------|--------------------------------------------------------------------------------------------|
| 26 | Schwab Capital Trust                                            | Schwab Fundamental International Large Company Index Fund                                  |
|    |                                                                 | Schwab International Index Fund                                                            |
|    |                                                                 | Laudus International MarketMasters Fund                                                    |
| 27 | Schwab Strategic Trust                                          | Schwab Fundamental International Large Company Index ETF                                   |
|    |                                                                 | Schwab International Equity ETF                                                            |
| 28 | Russell Investments Funds                                       | Russell Investments Funds International Developed Markets Fund                             |
| 29 | Russell Investments Trust Company                               | Russell Investments Trust Co Commingled Employee Benetfit Tr International Fund            |
|    |                                                                 | Russell Investments Trust Co Commingled Employee Benefit Funds Trust Multi-Asset Core FD   |
|    |                                                                 | Russell Investments Tr Co Commingled Employee Benefit Funds Tr World Equity FD             |
| 30 | North Dakota State Investment Board                             |                                                                                            |
| 31 | Nationwide Mutual Funds                                         | Nationwide International Index Fund                                                        |
| 32 | Nationwide Variable Insurance Trust                             | NVIT International Index Fund                                                              |
|    |                                                                 | NVIT Multi-Manager International Value Fund                                                |
| 33 | Massachusetts Pension Reserves Investment Management Board      |                                                                                            |
| 34 | John Hancock Exchange- Traded Fund Trust                        | JH Multifactor Developed International ETF                                                 |
| 35 | John Hancock Fund II                                            | JHF II International Strategic Equity Allocation                                           |
|    |                                                                 | JHF II Sea International Fund                                                              |
| 36 | John Hancock Hedged Equity & Income Fund                        | JHF Hedged Equity & Income Fund                                                            |
| 37 | John Hancock Variable Insurance Trust                           | JHVIT International Equity Index Trust                                                     |
|    |                                                                 | JHVIT Sea International Trust                                                              |
| 38 | Deutsche DWS Institutional Funds                                | DWS EAFE Equity Index Fund                                                                 |
| 39 | College Retirement Equities Fund                                | CREF Stock Account                                                                         |
| 40 | Deutsche DWS Institutional Funds Inc                            | Deutsche DWS CROCI International Fund                                                      |
| 41 | Deutsche DWS Market Trust                                       | DWS Global Income Builder Fund                                                             |
| 42 | Deutsche DWS Variable Series I                                  | DWS CROCI International VIP                                                                |
| 43 | Deutsche DWS Variable series II                                 | DWS Global Income Builder VIP                                                              |
| 44 | Colorado Public Employees Retirement Association                |                                                                                            |
| 45 | California State Teachers' Retirement System                    |                                                                                            |
| 46 | California Public Employees' Retirement System                  |                                                                                            |
| 47 | Arizona PSPRS Trust                                             |                                                                                            |
| 48 | Advisor Managed Trust on behalf of Tactical Offensive Equity Fund | AMT Tactical Offensive Equity                                                            |
| 49 | SEI Institutional Investments Trust                             | SIIT Global Managed Volatility                                                             |
|    |                                                                 | SIIT World Select Equity                                                                   |
| 50 | SEI Institutional Managed Trust                                 | SIMT Tax-Managed International Managed Volatility                                          |
| 51 | 3M Employee Retirement Income Plan Trust                        |                                                                                            |
| 52 | Seasons Series Trust                                            | SA Multi-Managed International Equity Portfolio                                            |
| 53 | SunAmerica Series Trust                                         | SA Putnam International Growth & Income Portfolio                                          |
|    |                                                                 | SA Legg Mason Tactical Opportunities Portfolio                                             |
|    |                                                                 | SA Blackrock Global Multi Asset Portfolio                                                  |
|    |                                                                 | SA International Index Portfolio                                                           |
| 54 | Valic Company I                                                 | Variable Annuity Life Insurance Company I International Equities Index Fund                |
| 55 | EQ Advisors Trust                                               | EQ Advisors Tr- AXA International Core Managed Volatility Portfolio                        |
|    |                                                                 | EQ Advisors Tr- AXA Global Equity Managed Volatility Portfolio                             |
|    |                                                                 | EQ Advisors Tr-AXA International Managed Volatility Portfolio                              |
|    |                                                                 | EQ Advisors Tr-AXA International Value Managed Volatility Portfolio                        |
|    |                                                                 | EQ Advisors Tr-AXA/AB Dynamic Growth Portfolio                                             |
|    |                                                                 | EQ Advisors Tr- EQ/ALLIANCEBERNSTEIN International Portfolio                               |
|    |                                                                 | EQ/ALLIANCEBERNSTEIN Dynamic Wealth Strategies Portfolio                                   |
|    |                                                                 | EQ Advisors Tr-ATM International Managed Volatility Portfolio                              |
|    |                                                                 | EQ Advisors Tr-AXA/Templeton Global Equity Managed Volatility                              |
| 56 | TIAA-CREF Funds                                                 | TIAA-CREF International Equity Index Fund                                                  |
| 57 | Thrivent Core Funds                                             | Thrivent Core International Equity Fund                                                    |

|    | Excluded Party | Sub-funds |
|----|----------------|-----------|
| **58** | Thrivent Mutual Funds | Thrivent Moderate Allocation Fund |
|    |                | Thrivent Aggressive Allocation Fund |
|    |                | Thrivent Balance Income Plus Fund |
|    |                | Thrivent Global Stock Fund (fka Large Cap Stock Fund) |
|    |                | Thrivent Low Volatility Equity Fund |
|    |                | Thrivent Diversified Income Plus Fund |
|    |                | Thrivent Moderately Aggressive Allocation Fund |
|    |                | Thrivent International Allocation Fund (fka Thrivent Partner Worldwide Allcation Fund) |
| **59** | Thrivent Series Funds | Thrivent Moderate Allocation Portfolio |
|    |                | Thrivent Aggressive Allocation Portfolio |
|    |                | Thrivent Balance Income Plus Portfolio |
|    |                | Thrivent Global Stock Fund (fka Large Cap Stock Portfolio) |
|    |                | Thrivent Low Volatility Equity Portfolio |
|    |                | Thrivent Diversified Income Plus Portfolio |
|    |                | Thrivent International Allocation Portfolio (fka Thrivent Partner Worldwide Allocation Portfolio |
|    |                | Thrivent Moderately Aggressive Portfolio |
| **60** | College Retirement Equities Fund | CREF Global Equities Account |
| **61** | State Street Global advisors Trust as ttee of World Index Common Trust Funds | State Street Factor-Based Non-Lending Common Trust Fund |
|    |                | State Street FTSE RAFI Developed 1000 Index Non-Lending Common Trust Fund |
|    |                | State Street MSCI ACWI EX USA IMI Screened Non-Lending Common Trust Fund |
|    |                | State Street MSCI Japan Index Non-Lending Common Trust Fund |
|    |                | State Street MSCI Pacific Screened Index Non-Lending Common Trust Fund |
|    |                | State Street RAFI Fundamental Developed EX-US Index Non-Lending Common Trust Fund |
|    |                | State Street Russell RAFI Global EX-U.S. Index Non-Lending Common Trust Fund |