IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>　Plaintiffs,<br><br>v.<br><br>CARLOS GHOSN, et al.,<br><br>　Defendants. | NO. 3:18-cv-01368<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE NEWBERN |

## CONTRIBUTION BAR ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Entry of Contribution Bar Order filed by Defendants Nissan Motor Co., Ltd. ("Nissan"), Hiroto Saikawa ("Saikawa"), and Joseph G. Peter ("Peter") (Doc. No. 245) is **GRANTED**. Accordingly:

1. Pursuant to 15 U.S.C. § 78u-4(f)(7)(A)(i), this Order bars all future claims for contribution arising out of this action by any person against Nissan, Saikawa, and Peter; and

2. Pursuant to 15 U.S.C. § 78u-4(f)(7)(A)(ii), this Order bars all future claims for contribution arising out of this action by Nissan, Saikawa, and Peter against any person, other than Carlos Ghosn and Greg Kelly, whose liability has been extinguished by the settlement of Nissan, Saikawa, and Peter.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE