UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS GHOSN, et. al.,<br><br>Defendants. | ) | Civil Action No. 3:18-cv-01368<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair Newbern |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE, pursuant to Local Rule 83.01(g) of the United States District Court for the Middle District of Tennessee, that Israel David is no longer a partner in, or otherwise associated with Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank") and is no longer counsel in this matter, and is hereby withdrawn as counsel of record for Defendant Greg Kelly.

Defendant Greg Kelly will continue to be represented by James D. Wareham, Michael A. Kleinman, and Elizabeth J. Kalanchoe of Fried Frank, and John W. Peterson and Michael A. Malone of Polsinelli P.C.

The Clerk of the Court is respectfully requested to remove Israel David from receiving notifications of electronic filings in this action.

*/s/ Michael A. Malone*
Michael A. Malone (TN BPR No. 031219)
John W. Peterson (TN BPR No. 026136)
POLSINELLI PC
401 Commerce Street, Suite 900
Nashville, TN 37219
Tel.: (615) 259-1510
mmalone@polsinelli.com
john.peterson@polsinelli.com

*Attorneys for Greg Kelly*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Counsel was filed and served upon the following via the Court's ECF system on October 19, 2022:

Christopher M. Wood
Christopher Hamp Lyons
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219
cwood@rgrdlaw.com
clyons@rgrdlaw.com

Darren J. Robbins
Eric I. Niehaus
Ellen G. Gusikoff Stewart
Robbins Geller Rudman & Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com
ericn@rgrdlaw.com
elleng@rgrdlaw.com

Samuel H. Rudman
Mary K. Blasy
Robbins Geller Rudman & Dowd LLP
58 S Service Road, Suite 200
Melville, NY 11747
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

Elizabeth O. Gonser
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
egonser@rwjplc.com

Ameya S. Ananth
Alexia D. Korberg
Audra J. Soloway
Brad S. Karp
Jacobus J. Schutte
Michael E. Gertzman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
aananth@paulweiss.com
akorberg@paulweiss.com
asoloway@paulweiss.com
bkarp@paulweiss.com
jschutte@paulweiss.com
mgertzman@paulweiss.com

Elizabeth J. Kalanchoe
James D. Wareham
Fried, Frank, Harris, Shriver & Jacobson
801 17th Street NW
Washington, DC 20006
elizabeth.lopresti@friedfrank.com
james.wareham@friedfrank.com

Israel David
Michael A. Kleinman
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
israel.david@friedfrank.com
Michael.kleinman@friedfrank.com

Matthew J. Peters
Melissa Arbus Sherry
Christopher S. Turner
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
matthew.peters@lw.com
melissa.sherry@lw.com
Christopher.turner@lw.com

Joseph B. Crace, Jr.
Overton Thompson, III
Bass, Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201
jcrace@bassberry.com
othompson@bassberry.com

L. Webb Campbell, II
John L. Farringer, IV
Sherrard Roe Voigt & Harbison, PLC
150 Third Avenue South, Suite 1100
Nashville, TN 37201
wcampbell@srvhlaw.com
jfarringer@srvhlaw.com

John S. Hicks
Christopher E. Thorsen
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com
cthorsen@bakerdonelson.com

Peter A. Wald
Latham & Watkins
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
peter.wald@lw.com

Michael L. Kichline
Laura Hughes McNally
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
michael.kichline@morganlewis.com
laura.mcnally@morganlewis.com

Zachary A. Kisber
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
zkisber@bakerdonelson.com

*/s/ Michael A. Malone*
Michael A. Malone