IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKSON COUNTY EMPLOYEES' RETIREMENT SYSTEM, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| CARLOS GHOSN, et al., | ) ) |
| Defendants. | ) ) |

NO. 3:18-cv-01368

JUDGE CAMPBELL
MAGISTRATE JUDGE NEWBERN

## ORDER

Pending before the Court is Defendant Gregory L. Kelly's Motion for Reconsideration of the Court's October 7, 2022 Order. (Doc. No. 272). Defendants Nissan Motor Co., Ltd., Hiroto Saikawa, and Joseph G. Peter shall file a response to the motion on or before November 4, 2022.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE